B 151 — Affidavit of Service of Summons or Subpoena; Personal or Alternative Methods: Corp. or Ind.; Military Service, 10 pt. type, 1-95

Blumberg Law Products  PUBLISHER, NYC 10013

**UNITED STATES DISTRICT COURT**
COURT **SOUTHERN DISTRICT OF NEW YORK**

COUNTY OF

ADAM JERNOW,

Plaintiff(s)

against

WENDY'S INTERNATIONAL, INC.,

Defendant(s)

Index No. 07 CV 3971

**AFFIDAVIT OF SERVICE OF SUMMONS (AND COMPLAINT) IN A CIVIL CASE**

STATE OF ~~NEW YORK~~ OHIO, COUNTY OF FRANKLIN   SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at COLUMBUS, OHIO

That on 5/22/07 at 3:16 P.M., at ONE DAVE THOMAS BLVD., DUBLIN, OH 43017
deponent served the within summons, and complaint on WENDY'S INTERNATIONAL, INC. defendant therein named,
IN A CIVIL CASE

INDIVIDUAL
1. ☐  by delivering a true copy of each to said defendant personally; deponent knew the person so served to be the person described as said defendant therein.

CORPORATION
2. ☒  a DOMESTIC corporation, by delivering thereat a true copy of each to LISA CAMARILL personally, deponent knew said corporation so served to be the corporation described in said summons as said defendant and knew said individual to be MANAGING AGENT thereof.

SUITABLE AGE PERSON
3. ☐  by delivering thereat a true copy of each to    a person of suitable age and discretion. Said premises is defendant's—actual place of business—dwelling place—usual place of abode—within the state.

AFFIXING TO DOOR, ETC.
4. ☐  by affixing a true copy of each to the door of said premises, which is defendant's—actual place of business—dwelling place—usual place of abode—within the state. Deponent was unable, with due diligence to find defendant or a person of suitable age and discretion thereat, having called there

MAILING TO RESIDENCE USE WITH 3 OR 4
5A. ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at    and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

MAILING TO BUSINESS USE WITH 3 OR 4
5B. ☐  Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first class post paid envelope properly addressed to defendant at defendant's actual place of business, at   in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

DESCRIPTION USE WITH 1, 2, OR 3 ☒

| | | | | | |
|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☒ Blonde Hair | ☐ Mustache | ☐ 36-50 Yrs. | ☐ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Beard | ☐ 51-65 Yrs. | ☒ 5'9"-6'0" | ☐ 161-200 Lbs. |
| | ☐ Red Skin | ☐ Red Hair | ☐ Glasses | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

Other identifying features:

USE IN NYC CIVIL CT.
☐  The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

MILITARY SERVICE
☐  I asked the person spoken to whether recipient was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient wore ordinary civilian clothes and no military uniform. The source of my information and the grounds of my belief are the conversations and observations above narrated. Upon information and belief I aver that the recipient is not in military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

Sworn to before me on   James Mosel 5/22/07    Rev. Anthony T. Hodge
PRINT NAME BENEATH SIGNATURE
REV. ANTHONY T. HODGE
License No. 2325 NAPPS

JAMES MOSEL
Notary Public, State of Ohio
My Commission Expires Aug. 10, 2011

INSTRUCTIONS: Check appropriate boxes and fill in blanks. Delete inappropriate italicized language and military service allegation if not applicable.

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

**SOUTHERN** DISTRICT OF **NEW YORK**

ADAM JERNOW

SUMMONS IN A CIVIL CASE

V.

CASE NUMBER:

WENDY'S INTERNATIONAL, INC.

**07 CV 3971**
**JUDGE SWAIN**

TO: (Name and address of defendant)

WENDY'S INTERNATIONAL, INC.
ONE DAVE THOMAS BLVD.
DUBLIN, OHIO 43017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MICHAEL R. REESE
GUTRIDE SAFIER REESE LLP
230 PARK AVENUE - SUITE 963
NEW YORK, NEW YORK 10169

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**                                            MAY 2 2 2007

CLERK                                                              DATE

(BY) DEPUTY CLERK