USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007

AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, D.C. 20036
(202) 872-4000
Cheryl A. Falvey (CF-2074)
Thomas P. McLish (TM-0735)
Troy D. Cahill (TC-0095)
*Attorneys for Defendant Wendy's International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ADAM JERNOW, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

WENDY'S INTERNATIONAL, INC.,

    Defendant.

Case No. 07-CV-3971 (LTS)

Hon. Laura Taylor Swain

**STIPULATION**

---

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that the time for Defendant Wendy's International, Inc. to answer or otherwise respond to the Complaint in the above-captioned action is hereby extended to and including June 25, 2007.

Dated: New York, New York
       June 8, 2007

| GUTRIDE SAFIER REESE LLP | AKIN GUMP STRAUSS HAUER & FELD LLP |
|---|---|
| By: *[signature]* <br> Michael R. Reese (MR 3183) <br> Kim E. Richman (KR-9774) <br> 230 Park Avenue, Suite 963 <br> New York, New York 10169 <br> (212) 579-4625 (telephone) <br> (212) 253 4272 (facsimile) <br> *Attorneys for Plaintiff Adam Jernow and the proposed class* | By: *[signature]* <br> Cheryl A. Falvey (CF 2074) <br> Thomas P. McLish (TM 0735) <br> Troy D. Cahill (TC 0095) <br> 1333 New Hampshire Avenue, NW <br> Washington, DC 20036 <br> (202) 887-4000 (telephone) <br> (202) 887-4288 (facsimile) <br> *Attorneys for Defendant Wendy's International, Inc.* |

SO ORDERED:

*[signature]* 6/11/2007

UNITED STATES DISTRICT JUDGE

2