*Swain, J*

AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, D.C. 20036
(202) 872-4000
Cheryl A. Falvey (CF-2074)
Thomas P. McLish (TM-0735)
Troy D. Cahill (TC-0095)
*Attorneys for Defendant Wendy's International, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  JUN 2 6 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW, on behalf of himself and all others similarly situated,<br><br>          Plaintiffs,<br><br>-against -<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>          Defendant. | Case No. 07-CV-3971 (LTS)<br><br>Hon. Laura Taylor Swain<br><br>**JOINT STIPULATION FOR EXTENSION OF TIME** |

Plaintiff Adam Jernow and Defendant Wendy's International, Inc. ("Wendy's") through their respective counsel, mutually stipulate and agree as follows:

1.      The Complaint in this matter was served on or about May 22, 2007.

2.      On June 11, 2007 this Court granted the parties' stipulation to extend the time to respond to the Complaint to and including June 25, 2007.

3.      On June 20, 2007 Plaintiff filed and served an Amended Complaint.

4.      Pursuant to Fed. R. Civ. P. 15(a), Wendy's response to the Amended Complaint is due on or before July 5, 2007.

2

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for the parties, that the time for Defendant Wendy's International, Inc. to answer or

otherwise respond to the Amended Complaint in the above-captioned action is hereby extended

to and including July 16, 2007.

Dated: New York, New York
       June 22, 2007

GUTRIDE SAFIER REESE LLP

By: _Michael R. Reese,   Thur? lwh_
    Michael R. Reese (MR 3183)
    Kim E. Richman (KR-9774)
230 Park Avenue, Suite 963
New York, New York 10169
(212) 579-4625 (telephone)
(212) 253 4272 (facsimile)
*Attorneys for Plaintiff Adam Jernow and the
proposed class*

AKIN GUMP STRAUSS HAUER & FELD
LLP

By: _[signature]_
    Cheryl A. Falvey (CF 2074)
    Thomas P. McLish (TM 0735)
    Troy D. Cahill (TC 0095)
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4000 (telephone)
(202) 887-4288 (facsimile)
*Attorneys for Defendant Wendy's International,
Inc.*

SO ORDERED:

_[signature]  6/25/07_
UNITED STATES DISTRICT JUDGE

3