AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, D.C. 20036
(202) 872-4000
Cheryl A. Falvey (CA-2074)
Thomas P. McLish
Troy D. Cahill
*Attorneys for Defendant Wendy's International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>    -against -<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>                    Defendant. | Case No. 07-Civ-3971 (LTS) (THK)<br><br>Hon. Laura Taylor Swain<br><br>**RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Wendy's International, Inc. ("Wendy's) certifies that Wendy's does not have any corporate parent and that no publicly held corporation owns 10% or more of Wendy's stock.

Dated:   July 16, 2007
         New York, New York

1

Respectfully submitted,

By: ____/s/_____
AKIN GUMP STRAUSS HAUER & FELD LLP
Cheryl A. Falvey (CA-2074)
Thomas P. McLish
Troy D. Cahill
1333 New Hampshire Avenue, NW
Washington, DC  20036
(202) 887-4000  (telephone)
(202) 887-4288  (facsimile)

*Attorneys for Defendant Wendy's International, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that I caused a true and correct copy of the foregoing Rule 7.1 Statement to be served this 16th day of July, 2007, by ECF Notification to the following persons:

Michael R. Reese
Kim E. Richman
Gutride Safier Reese LLP
230 Park Avenue, Suite 963
New York, NY 10169

Seth A. Safier
Gutride Safier Reese LLP
835 Douglas Street
San Francisco, CA 94114

Lee A. Weis
Rebecca Tingey
Dreier LLP
499 Park Avenue
New York, NY 10022

COUNSEL FOR PLAINTIFF

                          /s/
                     Cheryl A. Falvey