AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, D.C. 20036
(202) 872-4000
Cheryl A. Falvey (CA-2074)
Thomas P. McLish
Troy D. Cahill
*Attorneys for Defendant Wendy's International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against -<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 07-Civ-3971 (LTS) (THK)<br><br>Hon. Laura Taylor Swain<br><br>**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rule of Civil Procedure 12(b)(6) the undersigned hereby moves this Court, before the Honorable Laura Taylor Swain, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York at such time as shall be heard by the Court, for an order dismissing Plaintiff's Amended Complaint. A memorandum of law is being filed contemporaneously in support of this motion to dismiss.

Dated:  July 16, 2007
        New York, New York

1

Respectfully submitted,

By:     /s/
AKIN GUMP STRAUSS HAUER & FELD LLP
Cheryl A. Falvey (CA 2074)
Thomas P. McLish
Troy D. Cahill
1333 New Hampshire Avenue, NW
Washington, DC 20036
(202) 887-4000 (telephone)
(202) 887-4288 (facsimile)

*Attorneys for Defendant Wendy's International, Inc.*

AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, D.C. 20036
(202) 872-4000
Cheryl A. Falvey (CA-2074)
Thomas P. McLish
Troy D. Cahill
*Attorneys for Defendant Wendy's International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 07-Civ-3971 (LTS) (THK)<br><br>Hon. Laura Taylor Swain<br><br>**DECLARATION OF THOMAS P. McLISH REGARDING EXHIBITS TO MOTION TO DISMISS** |

I, Thomas P. McLish, hereby declare that the following is true and correct and based on my personal knowledge:

1. I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel of record for Defendant. I submit this declaration in support of Defendant's Motion to Dismiss the Amended Complaint.

2. Attached hereto as Exhibit A is a true and correct copy of the nutritional display poster referenced by and relied upon by the Amended Complaint. The nutritional display poster as attached is in reduced format in order to accommodate standard paper

size. The actual size of the poster in store is approximately 30 inches high by 18 inches wide. A copy can be made available to the court upon request.

3.  Attached hereto as Exhibit B is a true and correct copy of the Consumer Reports article referenced by and relied upon by the Amended Complaint.

4.  Attached hereto as Exhibit C is a true and correct copy of the www.Forbes.com article referenced by and relied upon by the Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 16th day of July 2007, at Washington, D.C.

_____
Thomas P. McLish




# It's your choice. Quality made fresh.

Exhibit A

## Garden Sensations® Salads
*Flavor-Packed Entree Salads. Prepared Fresh Daily*

| | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Fiber (g) | Sugars (g) | Protein (g) | Egg | Fish | Milk | Peanuts | Soy | Tree Nuts | Wheat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mandarin Chicken® Salad | 170 | 2 | 0.5 | 0 | 60 | 480 | 18 | 3 | 13 | 23 | | | | | | | |
| Crispy Noodles | 70 | 2.5 | 0 | 0 | 0 | 190 | 10 | 0 | 0 | 1 | | | | | | | x |
| Roasted Almonds | 130 | 11 | 1 | 0 | 0 | 70 | 4 | 2 | 1 | 5 | | | | | | x | |
| Oriental Sesame Dressing | 190 | 11 | 1.5 | 0 | 0 | 490 | 21 | 0 | 19 | 1 | | | | | x | | x |
| Caesar Chicken Salad | 190 | 5 | 2.5 | 0 | 70 | 620 | 9 | 4 | 4 | 27 | | | x | | | | |
| Homestyle Garlic Croutons | 70 | 2.5 | 0 | 0 | 0 | 125 | 9 | 0 | 0 | 2 | | | x | | | | |
| Caesar Dressing | 120 | 13 | 2.5 | 0 | 20 | 220 | 1 | 0 | 0 | 1 | x | x | x | | x | | |
| Chicken BLT Salad | 340 | 18 | 9 | 0 | 100 | 980 | 17 | 4 | 6 | 35 | | | x | | | | |
| Homestyle Garlic Croutons | 70 | 2.5 | 0 | 0 | 0 | 125 | 9 | 0 | 0 | 2 | | | x | | | | x |
| Honey Mustard Dressing | 280 | 26 | 4 | 0 | 25 | 370 | 11 | 0 | 10 | 1 | x | | | | | | |
| Southwest Taco Salad | 440 | 22 | 12 | 1 | 80 | 1100 | 32 | 9 | 10 | 30 | | | x | | | | |
| Reduced Fat Acidified Sour Cream | 50 | 4 | 2.5 | 0 | 10 | 30 | 2 | 0 | 1 | 1 | | | x | | | | |
| Seasoned Tortilla Strips | 110 | 5 | 1 | 0 | 0 | 160 | 13 | 1 | 0 | 2 | | | | | x | | |
| Ancho Chipotle Ranch Dressing | 110 | 10 | 2 | 0 | 15 | 330 | 4 | 0 | 2 | 1 | x | | x | | | | |
| **Additional Salad Dressings** | | | | | | | | | | | | | | | | | |
| Fat Free French | 80 | 0 | 0 | 0 | 0 | 210 | 19 | 0 | 16 | 0 | | | | | | | |
| Reduced Fat Creamy Ranch** | 100 | 8 | 1.5 | 0 | 15 | 450 | 6 | 1 | 3 | 1 | x | | x | | | | |
| Low Fat Honey Mustard** | 110 | 3 | 0 | 0 | 0 | 340 | 21 | 0 | 16 | 0 | x | | | | | | |
| Italian Vinaigrette | 140 | 12 | 2 | 0 | 0 | 400 | 9 | 0 | 8 | 0 | | | | | | | |
| Creamy Ranch | 230 | 23 | 4 | 0 | 15 | 450 | 5 | 0 | 3 | 1 | x | | x | | | | |
| Blue Cheese*† | 260 | 27 | 5 | 0 | 35 | 480 | 3 | 0 | 1 | 2 | x | | x | | | | |
| Thousand Island** | 260 | 25 | 4 | 0 | 20 | 440 | 8 | 0 | 7 | 1 | x | | | | | | |

## Side Selections
*Numerous Options for a Balanced Meal*

| | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Fiber (g) | Sugars (g) | Protein (g) | Egg | Fish | Milk | Peanuts | Soy | Tree Nuts | Wheat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Side Salad | 35 | 0 | 0 | 0 | 0 | 25 | 8 | 2 | 4 | 1 | | | | | | | |
| Caesar Side Salad | 80 | 4.5 | 2 | 0 | 10 | 240 | 6 | 2 | 1 | 6 | | | x | | | | |
| Mandarin Orange Cup | 80 | 0 | 0 | 0 | 0 | 15 | 19 | 1 | 17 | 1 | | | | | | | |
| Low Fat Strawberry Flavored Yogurt | 90 | 1 | 0.5 | 0 | 5 | 55 | 16 | 0 | 14 | 4 | | | x | | | | |
| Granola Topping | 110 | 4.5 | 0.5 | 0 | 0 | 0 | 15 | 1 | 6 | 2 | | | | | | | |
| Plain Baked Potato (avg. wgt. 10 oz.) | 270 | 0 | 0 | 0 | 0 | 25 | 61 | 7 | 3 | 7 | | | | | | | |
| Sour Cream & Chives Baked Potato | 320 | 4 | 2.5 | 0 | 10 | 55 | 63 | 7 | 4 | 9 | | | x | | | | |
| Buttery Best Spread | 50 | 6 | 1 | 0 | 0 | 90 | 0 | 0 | 0 | 0 | | | x | | x | | |
| Small Chili | 220 | 6 | 2.5 | 0 | 35 | 780 | 23 | 5 | 6 | 17 | | | | | | | |
| Large Chili | 330 | 9 | 3.5 | 0.5 | 55 | 1170 | 35 | 8 | 9 | 25 | | | | | | | |
| Hot Chili Seasoning | 5 | 0 | 0 | 0 | 0 | 270 | 2 | 0 | 1 | 0 | | | | | | | |
| Saltine Crackers | 25 | 0.5 | 0 | 0 | 0 | 95 | 4 | 0 | 0 | 0 | | | | | x | | x |
| Cheddar Cheese, shredded | 70 | 6 | 3.5 | 0 | 15 | 110 | 1 | 0 | 0 | 4 | | | x | | | | |
| Baked! Lay's® | 130 | 2 | 0 | 0 | 0 | 200 | 26 | 2 | 2 | 2 | | | | | x | | |
| Kids' Meal French Fries | 280 | 12 | 1.5 | 0 | 0 | 270 | 37 | 3 | 0 | 3 | ✓ | ✓ | | | | | ✓ |
| Small French Fries | 440 | 18 | 2.5 | 0.5 | 0 | 430 | 58 | 5 | 0 | 5 | ✓ | ✓ | | | | | ✓ |
| Medium French Fries | 490 | 20 | 3 | 0.5 | 0 | 480 | 64 | 6 | 0 | 5 | ✓ | ✓ | | | | | ✓ |
| Large French Fries | 590 | 24 | 3.5 | 0.5 | 0 | 570 | 77 | 7 | 0 | 6 | ✓ | ✓ | | | | | ✓ |

## Beverages and Frosty™
*Refreshments for Everyone's Thirst*

| | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Fiber (g) | Sugars (g) | Protein (g) | Egg | Fish | Milk | Peanuts | Soy | Tree Nuts | Wheat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Milk, 2% Reduced Fat Milk | 120 | 4.5 | 3 | 0 | 20 | 125 | 12 | 0 | 11 | 7 | | | x | | | | |
| Milk, 1% Low Fat Chocolate | 170 | 2.5 | 1.5 | 0 | 15 | 200 | 28 | 0 | 26 | 8 | | | x | | | | |
| Diet Coke®, Small Cup | 0 | 0 | 0 | 0 | 0 | 15 | 0 | 0 | 0 | 0 | | | | | | | |
| Sprite®, Small Cup | 130 | 0 | 0 | 0 | 0 | 30 | 34 | 0 | 34 | 0 | | | | | | | |
| Coca-Cola®, Small Cup | 140 | 0 | 0 | 0 | 0 | 0 | 37 | 0 | 37 | 0 | | | | | | | |
| Dasani® Water | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Chocolate Frosty Junior | 160 | 4 | 2.5 | 0 | 15 | 75 | 28 | 0 | 21 | 4 | | | x | | | | |
| Chocolate Frosty Small | 330 | 8 | 5 | 0 | 35 | 150 | 56 | 0 | 42 | 8 | | | x | | | | |
| Chocolate Frosty Medium | 430 | 11 | 7 | 0 | 45 | 200 | 74 | 0 | 55 | 10 | | | x | | | | |
| Vanilla Frosty Junior | 150 | 4 | 2.5 | 0 | 20 | 90 | 26 | 0 | 21 | 4 | | | x | | | | |
| Vanilla Frosty Small | 310 | 8 | 5 | 0 | 35 | 180 | 52 | 0 | 43 | 8 | | | x | | | | |

## Sandwiches
*Made when you order it using each sandwich's standard toppings*

| | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Fiber (g) | Sugars (g) | Protein (g) | Egg | Fish | Milk | Peanuts | Soy | Tree Nuts | Wheat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jr. Hamburger | 280 | 9 | 3.5 | 0.5 | 30 | 590 | 34 | 1 | 7 | 15 | | | | | | | x |
| Jr. Cheeseburger | 320 | 13 | 6 | 0.5 | 40 | 810 | 34 | 1 | 7 | 17 | | | x | | x | | x |
| Jr. Cheeseburger Deluxe | 360 | 16 | 6 | 0.5 | 45 | 870 | 37 | 2 | 8 | 18 | x | | x | | x | | x |
| Jr. Bacon Cheeseburger | 370 | 17 | 7 | 0.5 | 50 | 790 | 34 | 2 | 6 | 19 | x | | x | | x | | x |
| Hamburger, Kids' Meal | 270 | 9 | 3.5 | 0.5 | 30 | 590 | 33 | 1 | 6 | 15 | | | | | | | |
| Cheeseburger, Kids' Meal | 320 | 13 | 6 | 0.5 | 40 | 810 | 34 | 1 | 7 | 17 | | | x | | x | | x |
| Ham & Cheese Sandwich, Kids' Meal | 240 | 6 | 3 | 0 | 30 | 900 | 32 | 1 | 6 | 14 | | | x | | x | | x |
| Turkey & Cheese Sandwich, Kids' Meal | 250 | 6 | 3 | 0 | 25 | 910 | 34 | 1 | 5 | 14 | | | x | | x | | x |
| Classic Single® w/Everything | 420 | 20 | 7 | 1 | 65 | 880 | 37 | 2 | 8 | 25 | x | | | | | | x |
| Big Bacon Classic® | 590 | 30 | 12 | 1.5 | 90 | 1510 | 46 | 3 | 11 | 34 | x | | x | | x | | x |
| Ultimate Chicken Grill Sandwich | 370 | 8 | 1.5 | 0 | 60 | 1070 | 44 | 2 | 10 | 33 | x | | | | | | x |
| Spicy Chicken Fillet Sandwich | 480 | 17 | 3 | 0 | 60 | 1400 | 53 | 4 | 8 | 29 | x | ✓ | | | | | x |
| Homestyle Chicken Fillet Sandwich | 470 | 16 | 3 | 0 | 45 | 1210 | 55 | 2 | 8 | 27 | x | ✓ | | | x | | x |
| Crispy Chicken Sandwich | 380 | 14 | 2.5 | 0 | 40 | 880 | 44 | 1 | 5 | 19 | x | ✓ | ✓ | | | | x |
| Black Forest Ham & Swiss Frescata™ | 470 | 19 | 6 | 0 | 60 | 1480 | 50 | 4 | 8 | 27 | x | | x | | | | |
| Roasted Turkey & Swiss Frescata | 480 | 20 | 6 | 0 | 60 | 1520 | 52 | 4 | 4 | 25 | x | | x | | | | |
| Frescata Club | 440 | 17 | 3.5 | 0 | 50 | 1610 | 50 | 4 | 5 | 23 | x | | | | | | |
| Frescata Italiana | 510 | 24 | 9 | 0 | 90 | 1530 | 49 | 4 | 6 | 25 | | | x | | | | |
| Roasted Turkey & Basil Pesto Frescata | 420 | 15 | 3 | 0 | 40 | 1520 | 50 | 4 | 3 | 21 | x | | x | | | | |

## Sandwich Components
*Our sandwiches can be made to order.*

| | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Fiber (g) | Sugars (g) | Protein (g) | Egg | Fish | Milk | Peanuts | Soy | Tree Nuts | Wheat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 oz.** Hamburger Patty | 100 | 7 | 3 | 0.5 | 30 | 130 | 0 | 0 | 0 | 10 | | | | | | | |
| 1/4 lb.** Hamburger Patty | 210 | 14 | 6 | 1 | 60 | 260 | 0 | 0 | 0 | 19 | | | | | | | |
| Ultimate Chicken Grill Fillet | 130 | 2 | 0.5 | 0 | 60 | 660 | 2 | 0 | 0 | 26 | | | | | | | |
| Spicy Chicken Fillet | 230 | 11 | 1.5 | 0 | 55 | 970 | 13 | 2 | 0 | 22 | x | ✓ | | | | | x |
| Homestyle Chicken Fillet | 230 | 10 | 1.5 | 0 | 40 | 790 | 15 | 0 | 0 | 20 | x | ✓ | | x | | | x |
| Crispy Chicken Patty | 190 | 10 | 1.5 | 0 | 40 | 540 | 12 | 0 | 0 | 14 | | ✓ | ✓ | | | | x |
| Roasted Turkey Breast – 4 slices | 80 | 1.5 | 0 | 0 | 30 | 810 | 5 | 0 | 0 | 12 | | | | | | | |
| Black Forest Ham – 4 slices | 70 | 1.5 | 0.5 | 0 | 35 | 780 | 1 | 0 | 1 | 14 | | | | | | | |
| Genoa Salami – 3 slices | 100 | 8 | 3 | 0 | 50 | 380 | 1 | 0 | 1 | 5 | | | | | | | |
| Sandwich Bun | 160 | 2 | 0 | 0 | 0 | 290 | 31 | 1 | 5 | 5 | | | | | | | x |
| Kaiser Bun | 200 | 2.5 | 0 | 0 | 0 | 350 | 38 | 2 | 6 | 7 | | | | | | | x |
| Artisan Bread | 250 | 6 | 1 | 0 | 0 | 510 | 43 | 3 | 2 | 7 | | | | | | | |
| American Cheese Jr. | 45 | 3.5 | 2.5 | 0 | 10 | 220 | 0 | 0 | 0 | 2 | | | x | | x | | |
| American Cheese | 70 | 5 | 3.5 | 0 | 15 | 320 | 1 | 0 | 0 | 3 | | | x | | x | | |
| Swiss Cheese | 70 | 6 | 3.5 | 0 | 20 | 85 | 0 | 0 | 0 | 5 | | | x | | | | |
| Bacon – 1 strip | 20 | 1.5 | 0.5 | 0 | 5 | 95 | 0 | 0 | 0 | 1 | | | | | | | |
| Mayonnaise – 1 tsp. | 30 | 3 | 0.5 | 0 | 5 | 60 | 1 | 0 | 0 | 0 | x | | | | | | |
| Basil Pesto Sauce – 2 tsp. | 70 | 8 | 1.5 | 0 | 10 | 100 | 1 | 0 | 0 | 1 | x | | x | | | | |
| Sundried Tomato Vinaigrette – 1 tbsp. | 45 | 3.5 | 1 | 0 | 0 | 65 | 3 | 0 | 2 | 0 | | | | | | | |
| Ketchup – 1 tsp. | 5 | 0 | 0 | 0 | 0 | 80 | 2 | 0 | 2 | 0 | | | | | | | |
| Mustard – ¼ tsp. | 5 | 0 | 0 | 0 | 0 | 50 | 0 | 0 | 0 | 0 | | | | | | | |
| Honey Mustard Sauce – 1 tsp. | 40 | 3.5 | 0 | 0 | 5 | 60 | 3 | 0 | 2 | 0 | x | | | | | | |
| Dill Pickles – 4 each | 0 | 0 | 0 | 0 | 0 | 135 | 0 | 0 | 0 | 0 | | | | | | | |
| Iceburg Lettuce Leaf | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Romaine Lettuce Leaf | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| Tomato – 1 slice | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | | | | | | | |
| Onion – 4 rings | 5 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | | | | | | | |
| Roasted Red Peppers – 2 tbsp. | 10 | 0 | 0 | 0 | 0 | 100 | 1 | 0 | 1 | 0 | | | | | | | |

** Approximate weight before cooking.

## Homestyle Chicken Strips & Crispy Chicken Nuggets
*Crispy All-White Meat for Full Flavor Dipping*

| | Calories | Total Fat (g) | Saturated Fat (g) | Trans Fat (g) | Chol (mg) | Sodium (mg) | Total Carb (g) | Fiber (g) | Sugars (g) | Protein (g) | Egg | Fish | Milk | Peanuts | Soy | Tree Nuts | Wheat |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Homestyle Chicken Strips | 410 | 21 | 3.5 | 0 | 60 | 1470 | 33 | 0 | 0 | 28 | | ✓ | ✓ | | | | x |
| Deli Honey Mustard Dipping Sauce | 170 | 16 | 2.5 | 0 | 15 | 220 | 6 | 0 | 5 | 1 | x | | | | | | |
| Heartland Ranch Dipping Sauce | 200 | 22 | 3.5 | 0 | 15 | 280 | 1 | 0 | 1 | 0 | x | | x | | | | |
| Sweet & Spicy Hawaiian Dipping Sauce | 70 | 0 | 0 | 0 | 0 | 350 | 17 | 0 | 13 | 0 | x | | | | x | | |
| Wild Buffalo Ranch Dipping Sauce | 180 | 19 | 3 | 0 | 10 | 420 | 2 | 0 | 1 | 0 | x | | x | | | | |

Exhibit B

*Expert • Independent • Nonprofit*
# ConsumerReports.org

## CR tests find trans fats in Wendy's fries

In August fast-food chain Wendy's announced that it had switched to a healthier, nonhydrogenated cooking oil and had rid its french fries of nearly all trans fats. The change, according to the company, meant that the kid-sized fries and breaded chicken sold at all of Wendy's 6,000 U.S. restaurants had no unhealthy trans fats, while small, medium, and large french fries, once loaded with 5 to 7 grams of trans fats, now had just 0.5 grams.

*Consumer Reports* purchased large servings of fries from three Wendy's restaurants in Westchester County, N.Y., in early September. We sent the fries to an independent lab for fatty-acid analysis. We were surprised to find that the lab tests showed the fries contained significantly more trans fat than the 0.5 grams per serving claimed by Wendy's. To double-check the findings, we purchased fries from the same restaurants at the end of September and sent them to the same lab plus another independent lab for a second set of analyses, which confirmed our initial findings. The average amount of trans fat per serving was 2.5 grams.

When asked about the findings, Wendy's representatives said the company had rigorously tested and analyzed the fat content of its fries working with an independent lab. But our tests, based on the same method that Wendy's told us it used, throw doubt on the company's claims. The good news for Wendy's lovers is that the large fries we tested contained significantly less trans fat than the 7 grams they had before the announced cooking-oil change. And Wendy's large fries contain less than half as much trans fat as large fries from Burger King or McDonald's, which each had about 6 grams of trans fat in our tests. Wendy's fries also had a better overall fat profile, with slightly less saturated fat than Burger King's or McDonald's.

### TRANS-FAT HEALTH RISKS

Trans fats are the most heart-unfriendly fat of all, studies suggest. While both saturated fat and trans fat can raise levels of "bad" artery-clogging LDL cholesterol, trans fats also lower "good" HDL cholesterol. In addition, recent research found that trans fat may increase several indicators of systemic inflammation in healthy people. Excessive or prolonged inflammation can damage the arteries and other structures and increase the risk of heart disease and other illnesses, including diabetes.

The Institute of Medicine of the National Academies, which advises the government, has recommended that people consume as little trans fat as possible. Other nutrition experts recommend limiting combined intake of trans and saturated fat to no more than 10 percent of your total caloric intake, or about 20 grams on a standard 2,000-calorie diet.

While meat and dairy products naturally contain some trans fat, the majority of trans fat in the American diet comes from partial hydrogenation, a process used to solidify and stabilize margarine and the oil used in many baked and fast-food items.

At press time, New York City and Chicago were weighing measures to cut the use of trans fats in local restaurants.

### CR's take

Wendy's should make the necessary changes to ensure that its nutrition claims are accurate. *Consumer Reports* will continue to monitor the fast-food industry to make sure that Wendy's, KFC, and others that pledge to remove trans fats from their foods live up to their promises.

Copyright © 2000-2006 Consumers Union of U.S., Inc. No reproduction, in whole or in part, without written permission.

Exhibit C



Big Cap Value
# Full Speed Ahead For Wendy's
Tara Murphy, 01.15.02, 8:30 AM ET

The passing of **Wendy's** founder and branding legend **Dave Thomas** last week did little to undercut the Dublin, Ohio-based hamburger chain's market capitalization. Investors drove shares up a dollar on Jan. 8, in a wave of sentimental buying when news of his death broke, and shares have since settled back to $30, near their all-time high.

Thomas would be happy that investors are looking past cynical projections of the chain's demise in his absence and are instead focusing on the one thing he worked hardest to instill throughout the business: quality.



Cutting costs and chasing market share with lower-quality food was something Thomas would never abide at Wendy's (nyse: WEN - news - people), and that approach has paid off handsomely. Customers are willing to pay more for extra quality in their fast foods, and that has insulated sales during the recent economy downturn. **Tim Hortons**, Wendy's Canadian-based coffee and baked good chain, for instance, saw December same-store sales rise a whooping 13.4% at its Canadian stores. The Canadian operation contributes 30% to pre-tax earnings.

National franchisees will contribute to increase national advertising in 2002 by 30%, which should further boost sales at the No. 3 quick-service burger company. The company bought back 9.7 million shares in the fourth quarter, which could add 5 cents onto fiscal 2002 earnings, according to Salomon Smith Barney. At $30, the shares are trading at 15 times the First Call/Thomson Financial estimate of $1.89 per share.

"By the end of 2002, I would expect Wendy's to be trading at 20 times earnings," says Mark Kalinowki, analyst at Salmon Smith Barney, estimating that Wendy's can earn $1.92 this year. That's the stock's historical trailing 12-month average. Kalinowki has a "buy" recommendation on the stock and a 12-month price target of $34. He says the chain's track record is enviable, with positive year-over-year, same-store sales comparisons for the last 12 years. December same-store sales for the Wendy's stores were up 6.3%.

For the third quarter, Wendy's posted third-quarter profits of 44 cents per share, topping the 41 cents reported a year ago, while revenue came in at $610 million, up 5.6% from last year's $558 million.

While its competition emphasizes discounts and promotions, Wendy's concentrates on the quality of its core burger and sandwiches products. That quality allows for a 0.7% pricing increase each year, says Alan Hickok, analyst at US Bancorp Piper Jaffrey, who has an "outperform" rating and a $34 price target on the stock.

According to Salmon Smith Barney research, Wendy's has 13% market share in the quick service hamburger segment, while **McDonald's** (nyse: MCD - news - people) holds down 42% and **Burger King** follows with 19%. "It has brand identity with customers," says Hickok, who says with only 6,000 stores, Wendy's has plenty of room to grow.

"Wendy's is actually less leveraged than its peers, because they run the business more conservatively, and when things get bad, that's they way you want to do things," says

Peter Swan, an analyst at Pacific Growth Equities. Swan has a "buy" rating on the stock and estimates the company will turn in annual earnings per share growth of 10% to 15%.

Anyway you look at it, Wendy's will likely thrive and prosper in the absence of its beloved founder.

## **CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing Notice of Motion to Dismiss the Amended Complaint to be served this 16th day of July, 2007, by ECF notification to the following persons:

Michael R. Reese
Kim E. Richman
Gutride Safier Reese LLP
230 Park Avenue, Suite 963
New York, NY 10169

Seth A. Safier
Gutride Safier Reese LLP
835 Douglas Street
San Francisco, CA 94114

Lee A. Weis
Rebecca Tingey
Dreier LLP
499 Park Avenue
New York, NY 10022

COUNSEL FOR PLAINTIFF

/s/
Cheryl A. Falvey