AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, D.C. 20036
(202) 872-4000
Cheryl A. Falvey (CA-2074)
Thomas P. McLish
Troy D. Cahill
*Attorneys for Defendant Wendy's International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW, on behalf of himself and all others similarly situated,<br><br>    Plaintiffs,<br><br> -against -<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>    Defendant. | Case No. 07-Civ-3971 (LTS) (THK)<br><br>Hon. Laura Taylor Swain |

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the Memo Endorsement issued on August 22, 2007, was served this 22nd day of August, 2007, by e-mail to the following persons:

Michael R. Reese
Kim E. Richman
Gutride Safier Reese LLP
230 Park Avenue, Suite 963
New York, NY 10169

Seth A. Safier
Gutride Safier Reese LLP
835 Douglas Street
San Francisco, CA 94114

Lee A. Weis
Rebecca Tingey
Dreier LLP
499 Park Avenue
New York, NY 10022

COUNSEL FOR PLAINTIFF

_/s/ Troy D. Cahill_____
Troy D. Cahill