UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Jernow,

                   Plaintiff(s),

     -v-

Wendy's International,

                  Defendant(s).

-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
NOV 1 6 2007

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 3971 (LTS)(THK)

LAURA TAYLOR SWAIN, District Judge

     The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*

_____

_____

     If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Settlement* (Principals to participate as required by Magistrate Judge)

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:_____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion:_____

_____

     All such motions: ____

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:   New York, New York
           November 16, 2007

                             LAURA TAYLOR SWAIN
                             United States District Judge