Sean O'Donnell, Esq.
AKIN GUMP STRAUSS HAUER & FELD L.L.P.
1333 New Hampshire Avenue
Washington, D.C. 20036
(202) 872-4000
sodonnell@akingump.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ADAM JERNOW, on behalf of himself and all others similarly situated,

                                     Plaintiffs,

               - against -

WENDY'S INTERNATIONAL, INC.,

                                     Defendant.
-------------------------------------------------------------X

**Proposed Order for Admission Pro Hac Vice of Thomas P. McLish, Esq.**
07-cv-3971 (LTS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 6 2007

UPON the Motion for Admission *Pro Hac Vice* of Thomas P. McLish, Esq. and the attachments thereto; the Court having considered the facts as set forth therein; and good cause having been shown;

**IT IS ORDERED** that Thomas P. McLish, Esq. of Akin Gump Strauss Hauer & Feld L.L.P. is hereby admitted *pro hac vice* to appear and participate in this case before the United States Court for the Southern District of New York, pursuant to Local Rule 1.3(c).

Dated: New York, New York
       11/16, 2007

_____
U.S.D.J.