**GUTRIDE SAFIER REESE LLP**
Michael R. Reese
Kim E. Richman
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

**DREIER LLP**
Lee A. Weiss
Rebecca Tingey
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101



*Counsel for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>Defendant. | No. 07-CV-3971(LTS) (THK)<br><br>Hon. Laura Taylor Swain<br><br>Referred to Magistrate Judge Katz<br><br>STIPULATION AND [PROPOSED] ORDER RE AMENDMENT TO COMPLAINT TO ADD AN ADDITIONAL PLAINTIFF |

Plaintiff Adam Jernow ("Jernow") and Defendant Wendy's International, Inc. ("Defendant") (collectively, the "Parties") through their respective counsel, mutually stipulate and agree as follows:

1. On November 19, 2007, this Court entered a pre-trial scheduling order that set January 25, 2008 as the deadline to add any additional parties; and

2. Plaintiff Jernow wishes to file a second amended complaint to add Leah McLawrence as an additional named plaintiff; and

3. By stipulating to the filing of the second amended complaint, the Parties agree that Defendant does not waive its right to later contest the adequacy of either Mr. Jernow or Ms. McLawrence as class representatives; and

4. Defendant shall have 10 days to file its answer to the second amended complaint.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that, pursuant to order of the Court, Plaintiff's Second Amended Complaint attached hereto as Exhibit A that adds Leah McLawrence as an additional named plaintiff is hereby deemed filed.

Dated: January 25, 2008

*/s/ Michael Reese/RT*
MICHAEL R. REESE
**GUTRIDE SAFIER REESE LLP**
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile (212) 253-4272

**DREIER LLP**
Lee A. Weiss
Rebecca Tingey
499 Park Avenue
New York, New York 10022
Telephone: (212) 328-6100
Facsimile: (212) 328-6101

*Attorneys for Plaintiff*

*/s/ Tom Mclish/RT*
THOMAS P. MCLISH
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone (202) 887-4324
Facsimile: (202) 887-4288

*Attorneys for Defendant*

SO ORDERED:

_____ 1/28/2008
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE