UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW and LEAH McLAWRENCE, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>　　　　　　　Defendant. | No. 07-CV-3971(LST) |

**NOTICE OF CHANGE OF ADDRESS**

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, take notice of the following attorney information change(s) for: Michael R. Reese

*Attorney:*

　　　I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: MR-3183

*Change of Law Firm:*

　　　From:　Milberg Weiss Bershad & Schulman LLP ("Milberg Weiss") (in June 2006)

　　　To:　　Gutride Safier Reese LLP

I continue to be counsel of record on the above-entitled case at my new firm.

*Address:*　　230 Park Avenue, 10th Floor

*Telephone Number:*　(212) 579-4625

*Fax Number:*　(212) 253-4272

*E-mail Address:* michael@gutridesafier.com

Dated:　February 11, 2008

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Michael R. Reese