AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, D.C. 20036
(202) 872-4000
Cheryl A. Falvey (CA-2074)
Thomas P. McLish
Troy D. Cahill
*Attorneys for Defendant Wendy's International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW and LEAH MCLAWRENCE, on behalf of themselves and all others similarly situated,<br><br>               Plaintiffs,<br><br>-against-<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>               Defendant. | Case No. 07-Civ-3971 (LTS) (THK)<br><br>Hon. Laura Taylor Swain<br><br>**NOTICE OF UNOPPOSED MOTION FOR LEAVE TO PERMIT ONE ATTORNEY TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT** |

      **PLEASE TAKE NOTICE THAT** pursuant to Local Rule 1.4 the undersigned hereby moves this Court, before the Honorable Laura Taylor Swain, United States District Judge, in the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order permitting Cheryl A. Falvey to withdraw as counsel for defendant. A declaration setting forth the reasons for the withdrawal and the posture of the case is being filed contemporaneously in support of this motion.

Dated:   February 29, 2008
           New York, New York

Respectfully submitted,

By: _____/s/_____
AKIN GUMP STRAUSS HAUER & FELD LLP
Cheryl A. Falvey (CA 2074)
Thomas P. McLish (*admitted pro hac vice*)
Troy D. Cahill
1333 New Hampshire Avenue, NW
Washington, DC  20036
(202) 887-4000  (telephone)
(202) 887-4288  (facsimile)

*Attorneys for Defendant Wendy's International, Inc.*

AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue
Washington, D.C. 20036
(202) 872-4000
Cheryl A. Falvey (CA-2074)
Thomas P. McLish
Troy D. Cahill
*Attorneys for Defendant Wendy's International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW and LEAH MCLAWRENCE, on behalf of themselves and all others similarly situated,<br><br>          Plaintiffs,<br><br>-against-<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>          Defendant. | Case No. 07-Civ-3971 (LTS) (THK)<br><br>Hon. Laura Taylor Swain<br><br>**DECLARATION OF CHERYL A. FALVEY IN SUPPORT OF UNOPPOSED MOTION FOR LEAVE TO WITHDRAW** |

    I, Cheryl A. Falvey, hereby declare that the following is true and correct and based on my personal knowledge:

    1.    I am an attorney with the law firm of Akin Gump Strauss Hauer & Feld LLP, counsel of record for Defendant. I submit this declaration in support of Defendant's Unopposed Motion for Leave to Permit One Attorney to Withdraw as Counsel of Record for Defendant.

    2.    I am withdrawing from the law firm of Akin Gump Strauss Hauer & Feld as of March 2, 2008, and I will no longer be representing the defendant in these cases as of that date.

3. This case is presently in the initial stages of discovery and is not presently on this Court's trial calendar. The parties do, however, have a settlement conference scheduled for March 18, 2008, with Magistrate Katz. If granted, my withdrawal will not interfere with the settlement conference going forward as planned.

4. Plaintiffs' counsel has been advised of this situation and does not oppose this motion.

5. The law firm of Akin Gump Strauss Hauer & Feld will remain counsel of record for Defendant, and Thomas P. McLish will remain the lead attorney for Defendant in this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of February 2008, at Washington, D.C.

Cheryl A. Falvey

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing Notice of Motion for Leave to Permit One Attorney to Withdraw as Counsel of Record for Defendant to be served this 29th day of February, 2008, by ECF notification to the following persons:

>Michael R. Reese
>Kim E. Richman
>Gutride Safier Reese LLP
>230 Park Avenue, 10th Floor
>New York, NY 10169
>
>Seth A. Safier
>Gutride Safier Reese LLP
>835 Douglas Street
>San Francisco, CA 94114
>
>Lee A. Weis
>Rebecca Tingey
>Dreier LLP
>499 Park Avenue
>New York, NY 10022

COUNSEL FOR PLAINTIFF

/s/
_____
Cheryl A. Falvey