**REESE RICHMAN LLP**
Michael R. Reese
Kim. E. Richman
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

Counsel for Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW and LEAH McLAWRENCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>Defendant. | **No. 07-CV-3971(LTS)**<br><br>**NOTICE OF CHANGE OF**<br>**<u>COUNSEL FOR PLAINTIFFS</u>** |

**TO THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD:**

Please take Notice that co-lead counsel for Plaintiff Adam Jernow and Leah McLawrence hereby has been changed from Gutride Safier Reese LLP to Reese Richman LLP.  Lead attorneys Michael R. Reese and Kim Richman shall continue to represent Mr. Jernow and Ms. McLawrence in this action.  Dreier LLP shall remain as co-lead counsel with Reese Richman LLP.

| | |
|---|---|
| Dated:  April 1, 2008 | **REESE RICHMAN LLP** |
| | By: /s/ Michael Reese |
| | Michael R. Reese |
| | Kim E. Richman |
| | 230 Park Avenue, 10th Floor |
| | New York, New York  10169 |
| | (212) 579-4625  (telephone) |
| | (212) 253-4272  (facsimile) |