# Exhibits 1-25
# FILED UNDER SEAL