**REESE RICHMAN LLP**
Michael R. Reese
Kim. E. Richman
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272



Counsel for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW and LEAH McLAWRENCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>Defendant. | No. 07-CV-3971(LTS)<br><br>STIPULATION AND [PROPOSED] ORDER SETTING CLASS CERTIFICATION BRIEFING SCHEDULE |

The parties hereby stipulate to the following briefing schedule on Plaintiffs' motion for class certification:

Plaintiff's Motion for Class Certification shall be filed by May 19, 2008;

Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be filed by June 19, 2008;

Plaintiffs' Reply in Support of their Motion for Class Certification shall be filed by July 3, 2008;

IT IS SO ORDERED:

Dated: May 28, 2008

_____
Hon. Theodore H. Katz
United States Magistrate Judge