THOMAS P. MCLISH (*admitted pro hac vice*)
tmclish@akingump.com
JAMES J. SCHESKE
jscheske@akingump.com
TROY D. CAHILL
tcahill@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone:     (202) 887-4000
Facsimile:      (202) 887-4288

*Attorneys for Defendant Wendy's International, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW and LEAH McLAWRENCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against -<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>Defendant. | Case No. 07-Civ-3971 (LTS) (THK)<br><br>Hon. Laura Taylor Swain<br><br>**DECLARATION OF TROY D. CAHILL REGARDING EXHIBITS TO DEFENDANT'S OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>**<u>FILED UNDER SEAL PURSUANT TO JANUARY 23, 2008 PROTECTIVE ORDER</u>** |

I, Troy D. Cahill, hereby declare as follows:

   1.   I am an attorney at Akin Gump Strauss Hauer & Feld, LLP, counsel to Defendant in the above-captioned case.

2.      The following are true and correct copies of the exhibits to Defendant's Opposition to Plaintiffs' Motion for Class Certification:

Exhibit 1:   Declaration of Keith R. Ugone, Ph.D. (*Portions Designated Confidential*).

Exhibit 2:   United States Department of Agriculture, *Questions and Answers about Trans Fat Nutrition Labeling* (updated Jan.1, 2006), available at http://www.cfsan.fda.gov/~dms/qatrans2.html.

Exhibit 3:   Wendy's Press Release, *Wendy's Significantly Cuts Trans Fats – Switch to New Cooking Oil Under Way* (June 8, 2006), (WEN-011304-06).

Exhibit 4:   Wendy's Press Release, *Wendy's Achieves QSR Milestone: Completes Move to New Cooking Oil with Zero Grams Trans Fat* (Aug. 24, 2006), (WEN-026675-76).

Exhibit 5:   April 2006 Covance Report of Analysis, (WEN-011982) (*Confidential*).

Exhibit 6:   April 2006 Cargill Analysis, (WEN-014210-11) (*Confidential*).

Exhibit 7:   Excerpts from the Deposition Transcript of Casey Minton, April 22, 2008 (*Portions Designated Confidential*).

Exhibit 8:   Consumer Reports, *CR Tests find trans fat in Wendy's fries*, (Nov. 2006), (Wendy's Trans-Fat-0019).

Exhibit 9:   Excerpts from the Deposition Transcript of Adam Jernow, May 7, 2008.

Exhibit 10:  Excerpts from the Deposition Transcript of Leah McLawrence, May 8, 2006.

3. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 19, 2008, at Washington, D.C.

/s/
Troy D. Cahill

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the foregoing **Declaration of Troy D. Cahill Regarding Exhibits to Defendant's Opposition to Plaintiffs' Motion for Class Certification** and accompanying exhibits to be served this 19th day of June, 2008, by ECF notification and e-mail to the following persons:

Michael R. Reese
Kim E. Richman
Reese Richman LLP
230 Park Avenue, 10th Floor
New York, NY 10169

Lee A. Weis
Rebecca Tingey
Dreier LLP
499 Park Avenue
New York, NY 10022

COUNSEL FOR PLAINTIFFS


_____/s/_____
Troy D. Cahill