Exhibit 3



FOR IMMEDIATE RELEASE

CONTACT:  Bob Bertini
614/764-3327

CONTACT:  Denny Lynch
614/764-3553

## WENDY'S SIGNIFICANTLY CUTS TRANS FATS --
## SWITCH TO NEW COOKING OIL UNDER WAY

*All Breaded Chicken Products Will Have Zero Grams of Trans Fats;*
*French Fries to Range from Zero to 0.5 Grams*

**June 8, 2006 (Dublin, Ohio)** – In a move that significantly reduces trans fatty acids (TFAs) on its menu, Wendy's® is making the switch to non-hydrogenated cooking oil for its French fries and breaded chicken items.  The oil has zero grams of trans fat per serving.

Wendy's announced today that its 6,300 U.S. and Canadian restaurants are scheduled to switch to the new blend of corn and soy oil beginning in August.

Wendy's breaded chicken sandwiches, nuggets and strips will have <u>zero grams of trans fat.</u>  Depending on the serving size, trans fats in French fry offerings will range from <u>zero to 0.5 grams.</u>  Kids' Meal nuggets and fries will have <u>zero grams of trans fat.</u>

**Nutrition Information – Wendy's U.S.**

| FRENCH FRIES | Previous TFAs | New TFAs |
|---|---|---|
| Kids' Size | 3.5 grams | 0 grams |
| Small | 5 grams | 0.5 grams |
| Medium | 6 grams | 0.5 grams |
| Large | 7 grams | 0.5 grams |
| **CHICKEN** | | |
| Homestyle Chicken Sandwich | 1.5 grams | 0 grams |
| Spicy Chicken Sandwich | 1.5 grams | 0 grams |
| Chicken Nuggets – 5 pc. | 1.5 grams | 0 grams |

WEN-011304

| Chicken Strips | 3 grams | 0 grams |
|---|---|---|

Beyond these efforts, the Company is working directly with its French fry suppliers to further reduce trans fats that occur as part of the par frying process at their facilities, with a goal of zero grams.

As part of an extensive year-long process, more than 370 Wendy's restaurants in Florida, North Carolina, West Virginia and Ontario, Canada have been testing the new cooking oil.

"We've been diligently working to reduce the trans fat levels in our food without jeopardizing the great taste our customers expect, "said Kerrii Anderson, Wendy's interim chief executive officer. "Getting to this point has involved hard work by our suppliers along with rigorous consumer and operations testing.

"This is the right thing to do. We're proud of our legacy of innovation in the restaurant industry, and these latest steps that enhance the nutritional profile of our food. We're the first national hamburger chain cooking with non-hydrogenated oil in the U.S."

**New Oil Reduces Saturated Fats**

Wendy's use of the non-hydrogenated oil also means on average a <u>20 percent reduction</u> in saturated fats in the breaded chicken items and French fries.

The 2005 Dietary Guidelines for Americans recommend that individuals substitute mono and polyunsaturated fats for saturated fats, and consume as little trans fat as possible as part of a healthful diet.

The changes to Wendy's cooking oil and chicken items will reduce TFAs for Wendy's breaded chicken and fries by an average of 95 percent.

In a move completed earlier this year, all salad dressings offered in Wendy's Garden Sensations® salad line now have zero grams of trans fat per serving. In 2005, Wendy's restaurants began offering margarine with zero grams of trans fat per serving with its baked potatoes.*

Wendy's provides consumers with comprehensive nutrition information, including trans fat totals, for all menu items via wendys.com and in-store nutrition brochures. The Company began providing TFA information in 2003, three years before mandated federal labeling requirements for packaged goods took effect.

WEN-011305

The Company is now in the process of activating a system-wide training program to ensure a smooth transition to the new oil.

\*TFAs naturally occur in beef and dairy products.

**Safe Harbor Statement**

Certain information in this news release, particularly information regarding future economic performance and finances, and plans, expectations and objectives of management, is forward looking.  Factors set forth in our Safe Harbor under the Private Securities Litigation Reform Act of 1995, in addition to other possible factors not listed, could affect the Company's actual results and cause such results to differ materially from those expressed in forward-looking statements.  Please review the Company's Safe Harbor statement at http://www.wendys-invest.com/safeharbor.

**Wendy's International, Inc. Overview**

Wendy's International, Inc. is one of the world's largest restaurant operating and franchising companies with more than 9,900 total restaurants and five quality brands, including Wendy's Old Fashioned Hamburgers®, Tim Hortons®, Baja Fresh® Mexican Grill, Cafe Express and Pasta Pomodoro®.