Exhibit 4



**FOR IMMEDIATE RELEASE**

CONTACT:  Bob Bertini
614/764-3327

### Wendy's Achieves QSR Milestone:
### Completes Move to New Cooking Oil with Zero Grams Trans Fat

DUBLIN, OHIO, August 24, 2006 – Wendy's® is now cooking with oil that has
zero grams of trans fat per serving at its 6,000 U.S. restaurants.

"Wendy's has kept its promise to its customers," said Wendy's Interim CEO
Kerrii Anderson. "After two years of research and development, we said in June
that we would convert to the new cooking oil by the end of August.  We're
proud to announce that this process is now complete."

With the move, Wendy's becomes the first major quick service restaurant chain
to switch to a non-hydrogenated cooking oil for its French fries and chicken
items.

Wendy's breaded chicken sandwiches, nuggets and strips now have zero grams
of trans fat.  Depending on the serving size, trans fats in French fry offerings will
range from zero to 0.5 grams.  Kids' Meal nuggets and fries will have zero grams
of trans fat.

"We've already served millions of servings of food cooked in the new soy/corn
oil blend with zero grams of trans fat, and consumers have reaffirmed that there
is absolutely no difference in taste," said Ian Rowden, Wendy's executive vice
president and chief marketing officer. "Furthermore, the conversion to the new
oil has been cost neutral to our system.

"This is the right thing to do and it's an important innovation for all of us in the
Wendy's family."

**Nutrition Information – Wendy's U.S.**

| FRENCH FRIES | Previous TFAs | New TFAs |
|---|---|---|
| Kids' Size | 3.5 grams | 0 grams |
| Small | 5 grams | 0.5 grams |
| Medium | 6 grams | 0.5 grams |
| Large | 7 grams | 0.5 grams |
| CHICKEN | | |
| Homestyle Chicken Sandwich | 1.5 grams | 0 grams |
| Spicy Chicken Sandwich | 1.5 grams | 0 grams |
| Chicken Nuggets – 5 pc. | 1.5 grams | 0 grams |
| Chicken Strips | 3 grams | 0 grams |

Changes to Wendy's cooking oil and chicken items will reduce trans fats for Wendy's chicken and fries by an average of 95 percent.  Beyond this effort, the Company is working directly with its French fry suppliers to further reduce trans fats that occur as part of the par frying process at their facilities, with a goal of zero grams.

Wendy's use of the non-hydrogenated oil also means on average a 20 percent reduction in saturated fats in the breaded chicken items and French fries.

The USDA's 2005 Dietary Guidelines for Americans recommend that individuals substitute mono and polyunsaturated fats for saturated fats, and consume as little trans fats as possible as part of a healthful diet.

Most Wendy's restaurants in Canada are already using the new oil, with all scheduled to be on board within the next few weeks.

**Wendy's International, Inc. Overview**

Wendy's International, Inc. (WEN) is one of the world's largest restaurant operating and franchising companies with more than 9,900 total restaurants and five quality brands, including Wendy's Old Fashioned Hamburgers®, Tim Hortons®, Baja Fresh® Mexican Grill, Cafe Express and Pasta Pomodoro®.

##

WEN-026677