# Exhibit 5

Covance Laboratories Inc.
3301 Kinsman Blvd.
Madison, WI 53704
Tel: 608/241-4471  Fax: 608/241-7227

REPORT OF ANALYSIS



REDACTED

**CONFIDENTIAL**

WEN-011982