# Exhibit 6

WEN-014210

REDACTED

CONFIDENTIAL

REDACTED

WEN-014211

CONFIDENTIAL