# Exhibit 7

```
                                                              1
 1
 2   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 3   ------------------------------------------x
     ADAM JERNOW AND LEAH McLAWRENCE, on
 4   behalf of themselves and all others
     similarly situated,
 5                       Plaintiffs,
 6
                                     Civil Action No.
 7        -against-                  07-CV-3971 (LTS)
 8   WENDY'S INTERNATIONAL, INC.,
                         Defendant.
 9   ------------------------------------------x
10                       April 22, 2008
11                       8:56 a.m.
12
13        Deposition of CASEY MINTON taken by
14   Plaintiffs, pursuant to Notice, at the offices of
15   Akin Gump Strauss Hauer & Feld, LLP, 590 Madison
16   Avenue, New York, New York, before Georgette K.
17   Betts, a Certified Shorthand Reporter, Registered
18   Professional Reporter and Notary Public within and
19   for the States of New York and New Jersey.
20
21
22
23
24
25
```

**Page 2**

```
 1
 2   A P P E A R A N C E S:
 3   REESE RICHMAN LLP
 4        Attorneys for Plaintiffs
          230 Park Avenue, Tenth Floor
 5        New York, New York 10169
 6   BY:  MICHAEL R. REESE, ESQ.
          DAX D. THOMAS, ESQ.
 7
               -and-
 8
 9   DREIER LLP
10        499 Park Avenue
          New York, New York 10022
11
12   BY:  REBECCA TINGEY, ESQ.
13
14   AKIN GUMP STRAUSS HAUER & FELD, LLP
15        Attorneys for Defendant
          Robert S. Strauss Building
16        1333 New Hampshire Avenue, N.W.
          Washington, D.C. 20036-1564
17
18   BY:  THOMAS P. MCLISH, ESQ.
19
20
21
22
23
24
25
```

**Page 3**

```
 1
 2        (The Notice of Deposition was
 3   marked as Plaintiffs' Exhibit 1 for
 4   identification, as of this date.)
 5   CASEY MINTON,
 6        having been first duly sworn by the
 7        Notary Public (Georgette K. Betts), was
 8        examined and testified as follows:
 9   EXAMINATION
10   BY MR. REESE:
11        Q.   Good morning, Mr. Minton.
12        A.   Good morning.
13        Q.   My name is Michael Reese, I'm an
14   attorney for the plaintiffs in a case of Jernow,
15   Adam Jernow and Leah McLawrence versus Wendy's
16   International, Inc.
17        If I understand correctly, you're
18   here to testify as a 30(b)(6) witness, which
19   just stands for a corporate representative of
20   Wendy's regarding certain topics that we'll go
21   over in a minute that.
22        Is that your understanding?
23        A.   Yes.
24        MR. REESE: And, Tom, correct me
25        if I'm wrong, but this will also cover
```

**Page 4**

```
 1                    Minton
 2   depositions in the Hugh case and I
 3   guess the Fitch matter as well, in the
 4   same topic?
 5        MR. McLISH: That's my
 6   understanding of what we've agreed to.
 7        MR. REESE: Okay.
 8        Q.   Mr. Minton, have you ever been
 9   deposed before?
10        A.   No.
11        Q.   I'm going to go over a couple of
12   ground rules to hopefully make this process go
13   as smooth and efficiently as possible.
14        We are here today to get answers
15   from you to questions that I have regarding
16   certain practices by Wendy's. With that in
17   mind, we only want answers to questions that you
18   understand. If, for example, I ask a question
19   that you do not understand, will you promise to
20   ask me to rephrase that question until you can
21   answer a question that you understand?
22        A.   Yes.
23        Q.   If for some reason you don't have
24   a question fresh enough in mind to be able to
25   give a full, complete and accurate answer, we
```

**Page 5**

```
 1                    Minton
 2   can have the court reporter read it back to you.
 3   If that situation arises, for instance, Tom and
 4   I might have some legal wrangling over
 5   objections or such, you don't have the question
 6   fresh enough in mind, will you promise us that
 7   you'll ask the court reporter to read it back so
 8   you have the question fresh enough in mind so
 9   you give a complete, full and truthful answer to
10   that question?
11        A.   Yes.
12        Q.   The most important person here is
13   actually the court reporter, because if she
14   doesn't get down what you're testifying to
15   today, then it's kind of a waste of time for
16   you. With that in mind, please speak clearly,
17   slowly so the court reporter can get your
18   responses. It probably will be more a problem
19   with us because we're New Yorkers and we talk
20   fast, but just if you can keep that in mind I'd
21   appreciate it.
22        Additionally, if there is a
23   question, you need to give a verbal response so
24   that the court reporter can take it down. A
25   hand gesture, where it might get across your
```

## Page 6

```
                    Minton
 1
 2   answer, it has to actually be verbalized so she
 3   can get the response.
 4         Is there any reason that you know
 5   of today that you cannot give complete,
 6   truthful, accurate answers to questions that you
 7   respond to today?
 8      A.   No.
 9      Q.   Where do you currently work,
10   Mr. Minton?
11      A.   I work at Wendy's corporate
12   headquarters in Dublin, Ohio.
13      Q.   How long have you worked there?
14      A.   I've worked there since
15   October 1994.
16      Q.   What is your current job title at
17   Wendy's?
18      A.   I'm the vice president of
19   strategic insights and innovation.
20
21                  REDACTED
22
23
24
25
```

## Page 7

```
 1
 2
 3
 4
 5              REDACTED
 6
 7
 8
 9
10
11      Q.   Anything else?
12      A.   Those are the primary
13   responsibilities.
14      Q.   Who do you report to?
15      A.   Right now I report to the interim
16   CMO, Paul Kershisnik.
17      Q.   Could you spell his last name,
18   please, to the best of your ability?
19      A.   K-E-R-S-H-I-S-N-I-K.
20      Q.   Have you ever reported to Ian
21   Rowden?
22      A.   Yes, I have.
23      Q.   And that's I-A-N, R-O-W-D-E-N,
24   correct?
25      A.   Correct.
```

## Page 8

```
                    Minton
 1
 2      Q.   Do you currently report to
 3   Mr. Rowden in any capacity?
 4      A.   No.
 5      Q.   Is Mr. Rowden at Wendy's
 6   currently?
 7      A.   No.
 8      Q.   When did Mr. Rowden leave Wendy's?
 9      A.   I believe it was the middle of
10   January 2008.
11
12                  REDACTED
13
14
15      Q.   Prior to January of 2008 did you
16   report to Mr. Rowden?
17      A.   Yes, I did.
18      Q.   Did you report to Mr. Rowden from
19   October of 2005 to January 2008?
20      A.   Yes, I did.  I'm sorry, that's
21   actually not true.
22      Q.   How would you like to clarify your
23   answer?
24      A.   I reported to Mr. Rowden from
25   October 2005 through March of 2007 at which
```

## Page 9

```
                    Minton
 1
 2   point Paul Kershisnik was hired and I reported
 3   to him from that point forward.
 4      Q.   And you said that Mr. Kershisnik
 5   is the interim CMO; is that correct?
 6      A.   That's correct.
 7      Q.   Is that chief management office?
 8      A.   Chief marketing officer.
 9      Q.   Thank you.
10         Was Mr. Rowden the chief marketing
11   officer prior to leaving in January 2008?
12      A.   Yes, he was.
13      Q.   As the VP of strategic insight and
14   innovation, have you reported to anyone other
15   than Mr. Kershisnik and Mr. Rowden?
16      A.   No, I have not.
17      Q.   Does anybody report directly to
18   you?
19      A.   Yes.
20      Q.   Who reports directly to you?
21      A.   John Whitaker, who is the director
22   of consumer insights.
23      Q.   How long has Mr. Whitaker reported
24   to you?
25      A.   He's reported to me since I was
```

| 30 | 32 |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25  REDACTED | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25  REDACTED |
| **31** | **33** |
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25  REDACTED | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25  REDACTED |

9 (Pages 30 to 33)

| 86 | 88 |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 REDACTED<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 REDACTED<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 |

| 87 | 89 |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 REDACTED<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 | 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 REDACTED<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25 |

23 (Pages 86 to 89)