# Exhibit 10

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

```
 1   UNITED STATES DISTRICT COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   ------------------------------

 4   ADAM JERNOW and LEAH McLAWRENCE,

 5   on behalf of themselves and all

 6   others similarly situated,

 7               Plaintiffs,

 8                                        No. 07-CV-

 9        -against-                       3971

10                                        (LTS)

11   WENDY'S INTERNATIONAL, INC.,

12               Defendant.

13   ------------------------------

14               May 8, 2008

15               9:58 a.m.

16

17   Deposition of LEAH McLAWRENCE, taken by

18   Defendant, pursuant to Notice, at the offices

19   of Dreier, LLP, 499 Park Avenue, New York, New

20   York, before Lisa Rosenfeld, a Shorthand Reporter

21   and Notary Public within and for the State of New

22   York.
```

Page 1

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

Page 22

1  Q. -- in connection with this case?
2  A. No.
3  Q. Aside from documents, anything like
4  photographs or items from Wendy's or anything
5  like that that you've given to your lawyers?
6  A. No.
7  MR. McLISH: Defendant's Exhibit 19.
8  (Defendant's Exhibit 19, Objections
9  and responses to Wendy's interrogatories,
10  was so marked for identification.)
11  Q. Ms. McLawrence, the court reporter
12  has handed you what's been marked as Defendant's
13  Exhibit 19, and again I'll ask you to take a
14  moment and look at it, and my question is going
15  to be whether you have seen this document before?
16  A. Yes.
17  Q. Are these your objections and
18  responses to Wendy's interrogatories to you in
19  this case?
20  A. Yes.
21  Q. Did you review these objections and
22  responses --

Page 23

1  A. Yes.
2  Q. -- before they were served on
3  Wendy's?
4  A. Yes.
5  Q. And are all of your responses stated
6  in Defendant's Exhibit 19 accurate to your
7  knowledge?
8  A. Yes.
9  Q. Other than your lawyers, who have you
10  discussed this lawsuit with?
11  A. No one.
12  Q. Not your family?
13  MR. REESE: Objection. Asked and
14  answered.
15  But you can answer.
16  A. No.
17  Q. Does your family know that you're a
18  party to a lawsuit against Wendy's?
19  A. Yes.
20  Q. How do they know that?
21  A. I told them that I'm part of a
22  lawsuit against Wendy's.

Page 24

1  Q. So you have discussed the lawsuit
2  with at least your family, right?
3  MR. REESE: Objection.
4  Mischaracterizes her testimony.
5  Q. You told someone in your family that
6  you're a party to a lawsuit against Wendy's,
7  right, that's what you just said?
8  A. Yes.
9
10
11
12
13
14  REDACTED
15
16
17
18
19
20
21
22

Page 25

1
2
3
4
5
6
7
8
9
10
11  REDACTED
12
13
14
15
16
17
18
19
20
21
22

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

**Page 26**

REDACTED

**Page 27**

REDACTED

**Page 28**

REDACTED

8  A. No.
9  Q. She just said there was a possible
10 lawsuit against Wendy's?
11 A. Yes.
12 Q. Did she say -- did she talk to you
13 about becoming a plaintiff in the lawsuit?
14 A. No.
15 Q. Did there come a time when Mr.
16 Richman became your lawyer?
17 A. Yes.
18 Q. When was that?
19 A. Two weeks after I contacted him.
20 Q. When you first contacted him, you
21 called him on the telephone, is that right?
22 A. I sent him an e-mail.

**Page 29**

1  Q. What did you say in the e-mail?
2  A. I said to him that I was speaking to
3 my aunt and she had mentioned something about it,
4 about the Wendy's lawsuit. I didn't know the
5 details. And he explained to me what it was
6 about and I was interested.
7  Q. Did he respond to your e-mail with an
8 e-mail?
9  A. No, he gave me a call.
10 Q. He called you up on the telephone?
11 A. Yes.
12 Q. And what did he say?
13    MR. REESE: I'm going to object. At
14    this point I think the attorney-client
15    relationship has been formed, and so that
16    any communications between Ms. McLawrence
17    and Mr. Richman are privileged and I'm
18    going to instruct you not to answer.
19 Q. At that time, was it your
20 understanding that there was already a lawsuit in
21 existence?
22 A. I don't understand the question.

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

Page 38

1  was being used in the food.
2      Q.  Let's try to pinpoint when this
3  happened.  Was it sometime in 2007 that you had
4  your first conversation with Mr. Richman?
5      A.  No.
6      Q.  What year was it?
7      A.  2008.
8      Q.  What month in 2008?
9      A.  January.
10     Q.  So before January 2008 you weren't
11 aware of any claim you might have against
12 Wendy's, is that right?
13     A.  No.
14     Q.  No, that's not right, or no, you
15 weren't aware?  I'm sorry, my question was a bad
16 one.
17        MR. REESE:  Objection.
18     Q.  Prior to January 2008, were you aware
19 of any possible claim against Wendy's that you
20 might have?
21     A.  No.
22     Q.  Who do you consider to be your

Page 39

1  lawyers in this case?
2      A.  Michael Reese.
3         MR. REESE:  Present.
4      A.  Kim Richman and Rebecca Tingey.
5      Q.  Anyone else?
6      A.  No.
7      Q.  Have you had contact with any other
8  lawyers in connection with your lawsuit against
9  Wendy's?
10     A.  No.
11     Q.  Have you ever spoken to anyone at the
12 law firm of Milberg Weiss, also known as Milberg
13 LLP, in connection with this lawsuit?
14     A.  No.
15     Q.  Do you have any financial interest in
16 the outcome of this lawsuit other than what you
17 would receive as damages if your claims are
18 successful?
19     A.  No.
20     Q.  Have you ever had any business
21 dealings with any of your lawyers?
22     A.  No.

Page 40

1      Q.  Did you have any business dealings
2  with anyone employed by or affiliated with your
3  lawyers or their law firms?
4      A.  No.
5      Q.  Does your aunt still work for Kim
6  Richman?
7      A.  Yes.
8      Q.  Have you ever been a party to any
9  other litigation?
10     A.  No.
11     Q.  Have you ever been charged with a
12 crime?
13     A.  No.
14     Q.  You mentioned that you have eaten
15 Wendy's food in the past, is that right?
16     A.  Yes.
17     Q.  When is the last time that you ate
18 Wendy's food?
19     A.  Last month.
20     Q.  So in April of 2008, is that right?
21     A.  Yes.
22        MR. REESE:  Can we go off the record

Page 41

1  real quick.
2         MR. McLISH:  Okay.
3         THE VIDEOGRAPHER:  This is the end of
4  tape number one.  We're going off the
5  record at 10:49 a.m.
6         (Recess taken)
7         THE VIDEOGRAPHER:  We are starting
8  tape number two.  Going back on the record
9  at 10:55 a.m.
10 BY MR. McLISH:
11     Q.  Ms. McLawrence, we were discussing
12 the last time you visited Wendy's, you said which
13 was in April 2008, is that right?
14     A.  Yes.
15     Q.  What Wendy's did you visit last
16 month?
17     A.  The one on 57th Street near to my
18 workplace.
19     Q.  So that's 57th and what?
20     A.  57th and Eighth Avenue.
21     Q.  What time of day was it when you
22 visited Wendy's?

11 (Pages 38 to 41)

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

Page 46

1    A.  Two.
2    Q.  So that would be two times in January
3  2008 --
4    A.  Uh-huh.
5    Q.  -- that you visited Wendy's?
6    A.  Right.
7    Q.  Does that help you remember more
8  precisely how many times you've eaten at Wendy's
9  since then?
10   A.  Two times.
11   Q.  So you now think there were four
12 occasions in 2008 when you visited Wendy's,
13 right?
14   A.  Yes.
15   Q.  Three of them at 57th and Eighth in
16 Manhattan and once on 80th in Brooklyn?
17   A.  Yes.
18   Q.  In 2007 when you ate at Wendy's
19 approximately every two weeks, was there a
20 particular Wendy's location that you regularly
21 went to?
22   A.  The one on 80th Street earlier in the

Page 47

1  year and after I started working it was the
2  Wendy's on 57th Street.
3
4
5
6              REDACTED
7
8
9
10
11   Q.  Other than those two Wendy's
12 locations, any other Wendy's that you recall
13 going to in 2007?
14   A.  There's one in Brooklyn, Fulton
15 Street.
16   Q.  Fulton Street in Brooklyn?
17   A.  Uh-huh.
18   Q.  How many times did you go to the
19 Fulton Street Wendy's in 2007?
20   A.  I don't remember.
21   Q.  More than once?
22   A.  Yes.

Page 48

1    Q.  More than five times?
2    A.  No.
3    Q.  So between one and five times?
4    A.  Yes.
5    Q.  Any other Wendy's locations that you
6  visited in 2007 other than the Fulton Street,
7  80th Street locations in Brooklyn or the 57th and
8  Eighth location in Manhattan?
9    A.  No.
10
11
12
13
14
15             REDACTED
16
17
18
19
20
21
22

Page 49

1
2
3
4
5
6
7
8
9
10            REDACTED
11
12
13
14
15
16
17
18
19
20
21
22

13 (Pages 46 to 49)

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

Page 50

[REDACTED]

Page 51

[REDACTED]

Page 52

3  A. Yes.
4  Q. Prior to 2006 did you regularly eat
5  at Wendy's?
6  A. Yes.
7  Q. Just as -- I know you can't give me a
8  precise number but how many times would you say
9  you had eaten at Wendy's in your life up until
10 2006?
11 A. Maybe a hundred something, a hundred.
12 Q. How frequently since the beginning of
13 2006 have you eaten at a McDonald's?
14 A. Can you repeat the question.
15 Q. How frequently since the beginning of
16 2006 have you eaten at McDonald's?
17 A. Maybe once every month and a half.
18 Q. Same time period since the beginning
19 of 2006, how many times have you eaten at a
20 Burger King?
21 A. Once every three months.
22 Q. When you go, when you visited a

Page 53

1  McDonald's or a Burger King, have you generally
2  ordered french fries?
3  A. I've ordered french fries before.
4  Q. Is it your practice usually to get
5  french fries when you go to McDonald's or Burger
6  King?
7      MR. REESE: Objection to the term
8  "practice."
9      You can answer if you understand.
10 A. Yes.
11 Q. Is it your normal routine to order
12 french fries when you go out for fast food, is
13 that right?
14 A. Yes.
15 Q. And that's true of when you go to
16 Wendy's, when you go to McDonald's, when you go
17 to Burger King, right?
18 A. Yes.
19 Q. Now, other than the three we've
20 talked about, Wendy's, McDonald's, Burger King,
21 since the beginning of 2006 have you gone to
22 other fast food restaurants?

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

Page 54

1   A. No.
2   Q. Kentucky Fried Chicken for example?
3   A. No.
4   Q. Taco Bell?
5   A. No.
6   Q. During that period beginning in 2006
7   until today have you ordered french fries from
8   other food establishments besides Wendy's,
9   McDonald's and Burger King which we've talked
10  about?
11  A. Yes.
12  Q. What sorts of places have you ordered
13  french fries from?
14  A. Restaurants, diners.
15  Q. How frequently do you eat french
16  fries from restaurants or diners during that
17  period January 2006 to now?
18  A. Once every two months.
19  Q. Now, when you have visited a Wendy's
20  store, and again I'm talking about this period
21  January 2006 to the present, do you typically
22  order the same food each time you go?

Page 55

1   A. No.
2   Q. Do you sometimes eat hamburgers at
3   Wendy's?
4   A. Yes.
5   Q. Is there a particular size or type of
6   hamburger that you order when you do order
7   hamburgers at Wendy's?
8   A. No.
9   Q. So sometimes you'll have a single,
10  sometimes you'll have a double, sometimes you'll
11  have one of their bacon cheeseburgers, is that
12  right?
13      MR. REESE: Objection to form.
14  A. Yes.
15  Q. Do you typically order at Wendy's off
16  of the combo meal menu?
17  A. Yes.
18  Q. When you've gone to Wendy's during
19  this period January 2006 to the present, do you
20  typically go at lunchtime or dinnertime or some
21  other time?
22  A. Lunchtime.

Page 56

1   Q. You mentioned that the last time you
2   went to Wendy's in April 2008 you went around
3   2 p.m. in the afternoon, is that a typical time
4   for you to go to Wendy's?
5   A. Yes.
6   Q. Are there occasions since the
7   beginning of 2006 when you've been to a Wendy's
8   and someone else has paid for your food?
9   A. No.
10  Q. During that same time period have you
11  ever gone to Wendy's with someone else?
12  A. Yes.
13  Q. Who else have you visited Wendy's
14  with?
15  A. Friends.
16
17          REDACTED
18
19
20  A. Krystle Broadbelt, K-r-y-s-t-l-e,
21  B-r-o-a-d-b-e-l-t.
22  Q. Anyone else you can think of?

Page 57

1   A. No.
2   Q. How many times did you go to a
3   Wendy's with James Handral from the beginning of
4   2006 to now?
5   A. About five.
6   Q. How do you know him? Is he someone
7   you work with?
8   A. No, I went to college with him.
9   Q. So the times you went to Wendy's with
10  him, would that have been in Albany?
11  A. Yes.
12  Q. And Krystle Broadbelt, how many times
13  did you go to Wendy's with her from early 2006 to
14  now?
15  A. I went to college with her and
16  probably about three times.
17  Q. And that would have been in Albany as
18  well?
19  A. Yes.
20  Q. So the times you visited Wendy's in
21  Manhattan and Brooklyn since the beginning of
22  2006 you've been by yourself?

15 (Pages 54 to 57)

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

Page 58

1  A. Yes.
2  Q. How is your health generally?
3  A. Good.
4  Q. Are you claiming that consuming trans
5  fat in Wendy's food caused you any physical
6  injury?
7  A. No, but I do know that trans fat are
8  bad for me.
9  Q. And has the consumption of trans fat
10 in Wendy's food had any effect on your health
11 that you know of?
12 A. No.
13
14
15
16
17           REDACTED
18
19
20
21
22

Page 59

REDACTED

Page 60

REDACTED

Page 61

REDACTED

18 Q. That sounds familiar.
19    MR. REESE: To us that's considered
20 heavy exercise, right?
21 Q. How would you describe your eating
22 habits generally?

16 (Pages 58 to 61)

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

Page 66

1   A. No.
2   Q. You bought them for others?
3   A. Yes.
4   Q. You bring them to the office?
5   A. Yes.
6   Q. Do you go to Starbucks?
7   A. Yes.
8   Q. Do you -- what do you order at
9   Starbucks?
10  A. Tea.
11  Q. Anything else?
12  A. No.
13  Q. Do you eat crackers?
14  A. No.
15  Q. Chips?
16  A. No.
17  Q. Cookies?
18  A. No.
19  Q. Pizza?
20  A. Yes.
21  Q. How often do you eat pizza?
22  A. Once every two months.

Page 67

1   Q. Is there any particular place where
2   you'd go for pizza?
3   A. The local pizza store.
4   Q. Local to you in Brooklyn?
5   A. Yeah.
6   Q. Do you know what it's called?
7   A. No.
8       MR. REESE: It should have a Ray in
9   the name. There's like 15 variations of
10  original famous Ray's, so I'm going to ask
11  the witness not to guess.
12  Q. You mentioned that you eat salads, do
13  you use salad dressing?
14  A. Yes.
15  Q. What kind of salad dressing do you
16  use?
17  A. Caesar.
18  Q. That you buy in the store or that you
19  make?
20  A. I buy in the store.
21  Q. Do you know what brand?
22  A. It varies.

Page 68

1   Q. When you go out to restaurants do you
2   order salads?
3   A. Sometimes.
4   Q. And what sort of salad dressing do
5   you ask for typically?
6   A. Thousand Island.
7   Q. Any others?
8   A. No.
9       MR. McLISH: How are we doing on
10  time?
11      THE VIDEOGRAPHER: You have 11
12  minutes.
13      MR. McLISH: Let's take a break at
14  this point.
15      THE VIDEOGRAPHER: We're at the end
16  of tape number two. We're going off the
17  record at 11:45 a.m.
18      (Recess taken)
19      THE VIDEOGRAPHER: We're at the start
20  of tape number three, we're going to go
21  back on the record at 11:53 a.m.
22  BY MR. McLISH:

Page 69

1   Q. Ms. McLawrence, when did you first
2   hear of trans fat?
3   A. I first heard about it in 2006.
4   Q. What did you hear about trans fat for
5   the first time in 2006?
6   A. I had heard that Wendy's was banning
7   trans fat in its food in 2006.
8   Q. That was the first you had ever heard
9   of something called trans fat?
10  A. Yes.
11  Q. What specifically did you hear about
12  Wendy's and trans fat at that time?
13  A. I just, I heard on the radio that
14  they were -- that there was going to be zero
15  grams of trans fat being used in the fried
16  products at Wendy's.
17  Q. When in 2006 did you hear this?
18  A. I don't remember when.
19  Q. You said you heard it on the radio,
20  is that right?
21  A. Yes.
22  Q. Was it a radio advertisement or a

18 (Pages 66 to 69)

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

### Page 70

1 news item on the radio?
2     A. It was a news station, I don't
3 remember what radio station it was.
4     Q. Do you recall whether it was a news
5 item about Wendy's or was it an advertisement
6 that you heard?
7     A. The commentator was doing a story
8 about Wendy's, I believe.
9     Q. So it was not an advertisement then,
10 is that right?
11    A. I don't remember.
12    Q. Prior to this item that you heard on
13 the radio in 2006 you had never heard of trans
14 fat, is that right?
15    A. No.
16    Q. No, you had never heard of it,
17 correct?
18    A. Correct.
19    Q. After this radio item that you've
20 described, when was the next time that you heard
21 anything about trans fat?
22    A. The next time was when I heard that

### Page 71

1 New York had banned the usage of trans fat in
2 restaurants.
3     Q. When was that?
4     A. I don't remember.
5     Q. Where did you hear that information?
6     A. Television news.
7     Q. When is the next time you heard
8 anything about trans fat?
9     A. After that I just continuously heard
10 just all different advertisements about trans
11 fat. For instance I saw like Pringles saying
12 they didn't use trans fat in their chips, that's
13 the next time I saw anything about it.
14    Q. What's your understanding of what
15 trans fat is?
16    A. I just know that it's bad for the
17 heart and that it clogs arteries and that it's
18 just generally bad for people.
19    Q. What's your understanding of what
20 types of foods trans fat is found in?
21    A. I understand it's used in oil in
22 usually fried foods.

### Page 72

1     Q. Anything else?
2     A. No.
3     Q. When you heard, the first time you
4 ever heard about trans fat, when you heard an
5 item on the radio about Wendy's, what did you
6 learn about trans fat from that item?
7     A. At that time that item didn't say
8 anything about the effects of trans fat, it just
9 stated that Wendy's uses fat in its trans fat
10 foods.
11    Q. Did that have any effect on you?
12    A. It did because right after that I
13 just started seeing a lot of press about trans
14 fat and how negative trans fat is.
15    Q. Did there come a time when you
16 stopped eating fried food in order to avoid trans
17 fat?
18    A. No.
19    Q. Did you make any effort to avoid
20 eating trans fat?
21    A. Yes.
22    Q. What effort did you make to avoid

### Page 73

1 eating trans fat?
2     A. Well, after I heard the announcement
3 on the radio, I had assumed that Wendy's wasn't
4 using trans fat in its foods so I started going
5 to Wendy's a lot more as opposed to other fast
6 food restaurants. And I also started eating at
7 home a lot more as well.
8     Q. It's true though that you did
9 continue to eat at McDonald's and Burger King,
10 right?
11    A. Yes.
12    Q. And you were aware that the fried
13 food at McDonald's and Burger King had trans fat
14 in it, right?
15    A. I was not aware of that.
16    Q. You understood that trans fat was
17 found in fried foods, right?
18    A. Yes.
19    Q. And you understood that french fries
20 are fried, right?
21    A. Yes.
22    Q. And you typically ordered french

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

Page 78

1  have is from what I heard on the radio.
2  Q. So the last time you went to Wendy's
3  in April of 2008, did you have an understanding
4  as to how much trans fat was in the food that you
5  were purchasing from Wendy's?
6  A. Well, I don't understand the
7  question.
8  Q. Did you have in your mind some belief
9  as to how much trans fat was in the food that you
10 were buying from Wendy's that day in April 2008?
11 A. Yes.
12 Q. What was your belief as to how much
13 trans fat was in the food you were buying?
14 A. Well, I assumed that because I had
15 made this lawsuit that there would be no trans
16 fat being used in the food at this point.
17 Q. Any other basis for your belief that
18 there was not trans fat in the food that you were
19 purchasing from Wendy's on that occasion in April
20 2008?
21 A. No.
22 Q. Prior to the time you became a

Page 79

1  plaintiff in the lawsuit, say on one of the
2  occasions in January 2008 when you went to
3  Wendy's before you became a plaintiff, did you
4  have a belief as to the amount of trans fat in
5  the food you were getting from Wendy's on those
6  days?
7  A. I believed that there was no trans
8  fat in the food.
9  Q. What was that belief based on?
10 A. On the fact that I had heard that
11 there was no trans fat being used in the fried
12 products.
13 Q. And you had heard that in the one
14 radio item you had described, right?
15 A. Yes.
16 Q. And had you heard it anywhere else?
17 A. After that I had heard it was banned
18 in New York.
19 Q. Was it your understanding that that
20 ban had gone into effect?
21 A. Yes.
22 Q. What's your understanding of when

Page 80

1  that ban went into effect?
2  A. I understood that that was -- that
3  had been in effect in 2007.
4  Q. When you visited Wendy's restaurants
5  in 2007, did you have a belief as to the amount
6  of trans fat in the Wendy's food that you were
7  purchasing when you visited Wendy's?
8  A. In 2007 I believed that there was no
9  trans fat being used in the food.
10 Q. And during that time period what was
11 that belief based on?
12 A. Because I had heard that there was no
13 trans fat because Wendy's made the announcement
14 that there was no trans fat being used in the
15 food, and also because I had heard that it was
16 being banned throughout New York.
17 Q. Would your answer be the same for
18 2006, at least for the time period after you
19 heard this initial radio item?
20 A. Yes.
21 Q. When you visited a Wendy's store,
22 have you ever looked at the nutritional poster

Page 81

1  that's displayed in the stores?
2  A. No.
3  Q. Have you ever visited the Wendy's.com
4  website?
5  A. No.
6  Q. Have you ever been to a website
7  called Mom-RD?
8  A. No.
9  Q. Have you ever seen a television
10 advertisement for Wendy's that mentions trans
11 fat?
12 A. No.
13 Q. Other than the one radio item that
14 you described, which you're not sure as I
15 understand it whether it was an advertisement or
16 a news item, have you ever heard a radio
17 advertisement for Wendy's that mentions trans
18 fat?
19 A. No.
20 Q. Have you ever seen or heard any other
21 kind of advertisement such as a billboard or in a
22 newspaper or magazine, the side of a bus, in the

Leah McLawrence - May 8, 2008
Adam Jernow and Leah McLawrence v. Wendy's International, Inc.

Page 82

1 subway, an advertisement for Wendy's that
2 mentions trans fat?
3  A. No.
4  Q. Have you ever read a press release
5 issued by Wendy's that mentions trans fat?
6  A. No.
7  Q. Have you ever seen any Wendy's
8 packaging or bags that say anything about trans
9 fat?
10  A. Um --
11  Q. Let me limit that and say set aside
12 documents or things that your lawyers might have
13 shown you. So outside of conversations with your
14 lawyers, have you ever seen any packaging or bags
15 from Wendy's that reference trans fat?
16  A. No.
17  Q. Have you ever read any articles from
18 Consumer Reports Magazine that refer to the
19 amount of trans fat in Wendy's food, aside from
20 anything your lawyers might have shown you?
21  A. No.
22  Q. In what way have you been injured, if

Page 83

1 at all, by the conduct that you are complaining
2 about in this lawsuit?
3  A. Well, I feel that, um, I purchased
4 something that I didn't received because I
5 purchased Wendy's food assuming that it didn't
6 have trans fat in it, but it did in fact have
7 trans fat in it at the time that it was
8 purchased.
9  Q. And what's the basis for your belief
10 that the food you purchased from Wendy's had
11 trans fat in it?
12     MR. REESE: I would just instruct the
13     witness if your belief is based upon
14     communications you had with counsel, you
15     can answer his question without disclosing
16     our actual communications.
17  A. It's based on communications with my
18 counsel.
19  Q. Is it fair to say that on all the
20 occasions that you've gone to Wendy's and
21 purchased food you can't tell me how much trans
22 fat was in the food that you purchased, is that

Page 84

1 right?
2  A. No.
3  Q. No, you can't tell me?
4  A. No, I can't tell you.
5  Q. For all you know the items that you
6 purchased from Wendy's since June 2006 have had
7 no trans fat in them, right? Setting aside what
8 your lawyers may have told you, is that right?
9     MR. REESE: Or shown you from the
10     defendant's own documents.
11  A. Yes.
12  Q. As I understand it from your earlier
13 testimony, you're not claiming any physical
14 injury from the trans fat you believe you ate in
15 Wendy's food, right?
16  A. Yes.
17  Q. Are you claiming any monetary injury?
18     MR. REESE: Objection. Asked and
19     answered. She just answered that
20     question.
21     You can answer it again.
22  A. No.

Page 85

1  Q. Since June of 2006, how much money
2 would you estimate you have spent on french fries
3 at Wendy's?
4     MR. REESE: Does anybody have a
5     calculator?
6  A. Like $200.
7  Q. How much money would you say you've
8 spent on Wendy's fried chicken products since
9 June 2006?
10  A. About the same, $200.
11  Q. Again focusing on the period from
12 June 2006 to the present, if you had known the
13 true amount of trans fat in the Wendy's french
14 fries and chicken products would you have been
15 willing to buy them at a lower price?
16  A. No.
17  Q. So if you had known what you
18 understand to be the true amount of the trans fat
19 in Wendy's food, you would not have purchased
20 them at all, is that right?
21  A. Right.
22  Q. So as I understand it, your complaint

22 (Pages 82 to 85)