**REESE RICHMAN LLP**
Michael R. Reese
Kim. E. Richman
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272

- and –

**DREIER LLP**
Lee A. Weiss
499 Park Avenue
New York, New York 10022
Telephone: (212) 652-3821
Facsimile: (212) 328-6101
*Attorneys for Plaintiffs*



Counsel for Plaintiffs and the Proposed Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW and LEAH McLAWRENCE, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> WENDY'S INTERNATIONAL, INC., <br><br> Defendant. | No. 07-CV-3971(LTS) <br><br> STIPULATION AND [PROPOSED] ORDER GRANTING 45 DAY STAY WHILE THE PARTIES DRAFT SETTLEMENT PAPERS |

Plaintiffs Adam Jernow and Leah McLawrence ("Plaintiffs") and Defendant Wendy's International, Inc. ("Defendant") (collectively, the "Parties"), through their respective counsel, mutually stipulate and agree as follows:

1. The Parties have agreed to a settlement in principle in the above-captioned action;

2. The Parties are in the process of drafting settlement papers to submit to the Court;

3. The Parties believe it to be in the best interest of efficiency and judicial economy for the Parties to focus their efforts on drafting the settlement papers instead of continuing to litigate; and

4. The Parties believe they need approximately forty-five (45) days to complete and file the settlement papers.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties, that, pursuant to order of the Court, all proceedings in the above-captioned case are stayed for 45 days so that the Parties can draft settlement papers to be filed with the Court. If the contemplated settlement does not occur, the Parties will confer regarding a new schedule for the remainder of the pre-trial proceedings in the case.

Dated: June 26, 2008

_____
MICHAEL R. REESE
**REESE RICHMAN LLP**
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile (212) 253-4272

**DREIER LLP**
Lee A. Weiss
499 Park Avenue
New York, New York 10022
Telephone: (212) 652-3821
Facsimile: (212) 328-6101
*Attorneys for Plaintiffs*

_____
THOMAS P. MCLISH
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone (202) 887-4324
Facsimile: (202) 887-4288
*Attorneys for Defendant*

SO ORDERED:

_____ 7/3/08
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE