Swain, J

**REESE RICHMAN LLP**
Michael R. Reese
Kim. E. Richman
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile: (212) 253-4272



- and –

**DREIER LLP**
Lee A. Weiss
499 Park Avenue
New York, New York 10022
Telephone: (212) 652-3821
Facsimile: (212) 328-6101
*Attorneys for Plaintiffs*

Counsel for Plaintiffs and the Proposed Class

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADAM JERNOW and LEAH McLAWRENCE, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>WENDY'S INTERNATIONAL, INC.,<br><br>Defendant. | No. 07-CV-3971(LTS)<br><br>STIPULATION AND [PROPOSED] /JS<br>ORDER GRANTING<br>ADDITIONAL 30 DAY STAY<br>WHILE THE PARTIES DRAFT<br>SETTLEMENT PAPERS |

Plaintiffs Adam Jernow and Leah McLawrence ("Plaintiffs") and Defendant Wendy's International, Inc. ("Defendant") (collectively, the "Parties"), through their respective counsel, mutually stipulate and agree as follows:

1. On July 3, 2008 the Court entered an Order staying the above-captioned matter for forty-five (45) days while the Parties worked on reaching a settlement;

2. During the past forty-five days (45) the Parties have dutifully worked on reaching a settlement that has included the production of additional discovery from the Defendant on certain topics;

2. Because of the time required in production of this discovery, the Parties need an additional thirty (30) days to finalize and submit settlement papers; and

3. The Parties believe it to be in the best interest of efficiency and judicial economy for the Parties to focus their efforts on drafting the settlement papers instead of continuing to litigate.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties, that, pursuant to order of the Court, all proceedings in the above-captioned case are stayed for an additional thirty (30) days, to and including September 16, 2008, so that the Parties can draft settlement papers to be filed with the Court. If the contemplated settlement does not occur, the Parties will confer regarding a new schedule for the remainder of the pre-trial proceedings in the case.

Dated: August 12, 2008

_____
MICHAEL R. REESE
**REESE RICHMAN LLP**
230 Park Avenue, 10th Floor
New York, New York 10169
Telephone: (212) 579-4625
Facsimile (212) 253-4272

- and -

**DREIER LLP**
Lee A. Weiss
499 Park Avenue
New York, New York 10022
Telephone: (212) 652-3821
Facsimile: (212) 328-6101

*Attorneys for Plaintiffs*

_____
THOMAS P. MCLISH
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone (202) 887-4324
Facsimile: (202) 887-4288

*Attorneys for Defendant*

SO ORDERED:

_____ 8/14/08
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

2